**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA GONZALES, A MARITIME TRUST, <br><br> Plaintiff, <br><br> v. <br><br> THR CALIFORNIA, LLC. A DELAWARE LIMITED LIABILITY CORPORATION; TRUSTEE CORPS; JPMORGAN CHASE BANK, N.A.; AND DOES 1 THROUGH 10 INCLUSIVE, <br><br> Defendants. | Case No. EDCV 13-01174-VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 24, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge